UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK JAMES McLEMORE,

    Petitioner,

vs.                                                  CASE NO. 07-11340
                                                        HON. LAWRENCE P. ZATKOFF

THOMAS K. BELL,

    Respondent.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

       Petitioner filed an application for a writ of habeas corpus (Docket #1). This matter is currently before the Court on Magistrate Judge Pepe's Report and Recommendation regarding the application for writ of habeas corpus (Docket #24). The Magistrate Judge recommends that Petitioner's application for the writ of habeas corpus be denied. Petitioner filed Objections to the Report and Recommendation.

       After a thorough review and consideration of the court file, the Report and Recommendation and Petitioner's Objections, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

       Accordingly, and for the reasons set forth above and in the Report and Recommendation, the Court hereby DENIES Petitioner's application for a writ of habeas corpus. Judgment shall be entered accordingly.

IT IS SO ORDERED.

                                      S/Lawrence P. Zatkoff
                                      LAWRENCE P. ZATKOFF
                                      UNITED STATES DISTRICT JUDGE

Dated: March 25, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 25, 2010.

                                      S/Marie E. Verlinde
                                      Case Manager
                                      (810) 984-3290