UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK JAMES McLEMORE,

    Petitioner,

  vs.                                    CASE NO. 07-11340
                                          HON. LAWRENCE P. ZATKOFF

THOMAS K. BELL,

    Respondent.
_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated March 25, 2010, this cause of action is **DISMISSED WITH PREJUDICE**.

Dated at Port Huron, Michigan this 25th day of March, 2010.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                BY: s/Marie E. Verlinde

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

S:\Zatkoff\Marie ECF\mclemore.judgment.wpd